**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02643-REB-OES

TRAUERNICHT & ASSOCIATES LLC, a Colorado limited liability company,

    Plaintiff,

v.

JO ANN STELLER, an individual,

    Defendant.

### ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed an **Unopposed Motion - Rule 41(a)(1)(ii) Stipulation and Notice of Dismissal** [#10] on June 5, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion - Rule 41(a)(1)(ii) Stipulation and Notice of Dismissal** [#10] on June 5, 2006, **IS GRANTED**; and

2.  That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 5, 2006, at Denver, Colorado.

                        **BY THE COURT:**

                        s/ Robert E. Blackburn
                        **Robert E. Blackburn
                        United States District Judge**